IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PEDRO F. LEYVA,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION ET AL.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4312

Opinion filed October 7, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Pedro F. Leyva, pro se, Appellant.

Katie Elisabeth Sabo, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.